UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

NATIONAL RESTAURANT ASSOCIATION,
et al.,

       Plaintiffs,

v.

HILDA L. SOLIS, et al.,

       Defendants.

Civil Case No. 1:11-CV-01116 (ABJ)

**JOINT APPENDIX OF ADMINISTRATIVE RECORD
CITED OR RELIED UPON BY PLAINTIFFS AND/OR DEFENDANTS**

       Pursuant to LCvR 7(n), Plaintiffs, in conjunction with Defendants, hereby submit to the Court the following Joint Appendix of "those portions of the administrative record that are cited or otherwise relied upon in any memorandum in support of or in opposition to" Defendants' Motion to Dismiss, or, in the Alternative, for Summary Judgment [DE 15] and/or Plaintiffs' Cross-Motion for Summary Judgment [DE 24].

| **Document** | **Date** | **Bates No.** |
|---|---|---|
| 1. Certification of Administrative Record | 8/11/2011 | NRA 0000001 |
| 2. Letter to Small Business Administration | 4/7/2011 | NRA 0000002 |
| 3. Final Rule, *Updating Regulations Under The Fair Labor Standards Act* | 4/5/2011 | NRA 0000003-31 |
| 4. Receipt of Transmittal of Final Rule to U.S. Congress Pursuant to Congressional Review Act | 4/11/2011 | NRA 00000032 |
| 5. Bruckner Burch PLLC (Transmittal) | 9/26/2008 | NRA 00000033-37 |
| 6. U.S. Congress (Transmittal) | 9/26/2008 | NRA 00000061-70 |
| 7. North Carolina Justice Center (Transmittal) | 9/26/2008 | NRA 00000084-104 |
| 8. AFL-CIO (Transmittal) | 9/26/2008 | NRA 000000105-138 |
| 9. Society for Human Resource Management (Transmittal) | 9/26/2008 | NRA 000000139-142 |
| 10. National Employment Lawyers Association (Transmittal) | 9/26/2008 | NRA 000000143-174 |
| 11. UNITE HERE International Union (Transmittal) | 9/26/2008 | NRA 000000175-184 |
| 12. Littler Mendelson, P.C. (Transmittal) | 9/26/2008 | NRA 000000185-192 |
| 13. Chamber of Commerce of the United States of America (Transmittal) | 9/26/2008 | NRA 000000193-201 |
| 14. UNITE HERE International Union (Transmittal) | 9/25/2008 | NRA 000000231-239 |
| 15. Greater Boston Legal Services (Transmittal) | 9/25/2008 | NRA 000000244-247 |
| 16. National Employment Law Project, et al. (Duplicate Comment Submitted via E-Rulemaking Portal) (Transmittal) | 9/25/2008 | NRA 000000248-268 |
| 17. National Employment Law Project, et al. (Transmittal) | 9/25/2008 | NRA 000000269-289 |
| 18. Epstein Becker & Green, P.C. (Transmittal) | 8/13/2008 | NRA 000000425-431 |
| 19. Updating Regulations Issued Under the Fair Labor Standards Act | 7/28/2008 | NRA 000000434-45 |

Dated:  January 20, 2012                    Respectfully submitted,

                                            /s/ Lindsey H. McGinnis
                                            Tammy D. McCutchen (admitted *pro hac*)
                                            Paul J. Kennedy (Bar No. 428623)
                                            S. Libby Henninger (Bar No. 976352)
                                            Lindsey H. McGinnis (Bar No. 498549)
                                            Littler Mendelson, P.C.
                                            1150 17th Street, N.W. Suite 900
                                            Washington, DC 20036
                                            (202) 842-3400  Telephone
                                            (202) 842-0011  Facsimile

                                            Lisa A. Schreter (*pro hac* filed)
                                            Littler Mendelson, P.C.
                                            3344 Peachtree Road N.E., Suite 1500
                                            Atlanta, GA 30326.4803
                                            (404) 233-0330 Telephone
                                            (404) 233-2361

                                            COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of January 20, 2012, a copy of the foregoing was served electronically, via the Court's ECF filing system, upon the following:

Tony West
Assistant Attorney General
Civil Division
P.O. Box 883
Washington, DC 20001

Judry L. Subar
Assistant Branch Director
Federal Programs Branch
P.O. Box 883
Washington, DC 20001

Adam C. Siple
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20001

Counsel for Defendants

/s/  Lindsey H. McGinnis
Lindsey H. McGinnis

Counsel for Plaintiffs